YONKERS NATIONAL BANK, Respondent, *v.* EDWARD J. MITCHELL, Appellant.

*Yonkers Nat. Bank* v. *Mitchell*, 156 App. Div. 318, appeal dismissed.

(Submitted October 20, 1913; decided October 28, 1913.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered April 22, 1913, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover on a promissory note.

The motion was made upon the ground that appellant had failed to perfect his appeal by filing the required undertaking.

*Thomas M. Smith* for motion.

No one opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.